**Order filed October 11, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00724-CV

_____

## In the Interest of E.W., R.L., W.W., E.W., children

_____

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-04172J**

_____

## ORDER

This is an accelerated appeal from a judgment in a parental termination case.

The notice of appeal was filed August 27, 2019. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The clerk's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b). The record has not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly

responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The trial court **must** direct the Harris County District Clerk to immediately commence the preparation of the clerk's record.

Because the clerk's record has not been filed timely in this accelerated appeal, we issue the following order:

We order the Harris County District Clerk to file the clerk's record in this appeal **on or before October 18, 2019.**

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.